IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDREW FARRELL, et al.,

   Plaintiffs,

  v.

SANDRA POYTHRESS,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-1309-TWT

## ORDER

This is a dispossessory action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the State Court of DeKalb County. The Defendant's objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the State Court of DeKalb County. The Defendant's Motion for Removal [Doc. 7] is DENIED.

SO ORDERED, this 7 day of June, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Farrell\r&r.wpd